**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| JILL MERTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-430 |
| ) | (Phillips) |
| ALTERRA HEALTHCARE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for remand filed by plaintiff. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the plaintiff's motion,

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion to remand is hereby **GRANTED**, and this action is **REMANDED** to the Circuit Court for Blount County, Tennessee.

Dated at Knoxville, Tennessee, this _____ day of March, 2010.

              s/ Patricia L. McNutt
              Clerk of Court